# In the United States Court of Federal Claims

| | |
|---|---|
| CHRISTOPHER M. MCNULTY, NATHALIE A. MCNULTY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 23-cv-118<br><br>Filed: February 10, 2023 |

**ORDER**

A Preliminary Scheduling Conference is **SCHEDULED** for March 3, 2023, at 10:30 a.m. EST via Zoom.  The Court will provide the parties a Zoom link for the conference.  The parties shall **FILE** a Joint Preliminary Status Report by March 2, 2023, at 12:00 p.m. EST, to include a joint proposed schedule for future proceedings, including any anticipated briefing.

IT IS SO ORDERED.



*Eleni M. Roumel*
ELENI M. ROUMEL
Judge