IN THE UNITED STATES COURT OF FEDERAL CLAIMS
_____

No. 23-118 T
(Judge Eleni M. Roumel)


CHRISTOPHER MCNULTY. et al.,
Plaintiffs,

v.

THE UNITED STATES,
Defendant.


_____

**JOINT STATUS REPORT**
_____


Pursuant to this Court's March 3, 2016, scheduling order the parties hereby file a Joint Status Report.  (*See* Doc. No. 8.)

Defendant states that in accordance with this Court's scheduling order, *see id.,* the Internal Revenue Service provided the administrative file and defense letter for this case prior to March 24, 2023.

The parties jointly state that they believe this case is likely to be resolved by means other than litigation.  A proposal to that effect is currently under review within the Department of Justice.  Accordingly, simultaneously with this status report the parties have filed a joint motion to stay the case pending the approval (or disapproval) of this alternative resolution.

Plaintiff has authorized defendant's counsel to present this document as a joint filing and

to add a typewritten representation of his signature to the electronically filed version.

Respectfully submitted on April 20, 2023,

s/ Christopher McNulty
3033 N. Dickerson St.
Arlington, VA 22207

s/ Stefan R. Wolfe
STEFAN R. WOLFE
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26 Ben Franklin Station
Washington, D.C. 20044
Voice: (202) 598-7850
Fax: (202) 514-9440
Email: stefan.r.wolfe@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General DAVID I. PINCUS
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Assistant Chief, Court of Federal Claims Section

s/G. Robson Stewart
Of Counsel

Attorneys for Defendant