IN THE UNITED STATES COURT OF FEDERAL CLAIMS
_____

No. 23-118 T
(Judge Eleni M. Roumel)

CHRISTOPHER MCNULTY. et al.,
Plaintiffs,

v.

THE UNITED STATES,
Defendant.

_____

**JOINT STATUS REPORT**

Pursuant to this Court's April 20, 2023, scheduling order, the parties hereby file a Joint Status Report.  (*See* unnumbered docket entry after Doc. No. 10.)

Defendant states that plaintiff's proposal for an administrative resolution of the case is with the final approval authority at the Department of Justice, and that a decision on whether to approve the proposal is imminent.

The parties jointly request that the current stay remain in effect for not less than three additional months.

Plaintiff has authorized defendant's counsel to present this document as a joint filing and to add a typewritten representation of his signature to the electronically filed version.

Respectfully submitted on May 18, 2023,

<u>s/ Christopher McNulty</u>
3033 N. Dickerson St.
Arlington, VA 22207

<u>s/ Stefan R. Wolfe</u>
STEFAN R. WOLFE
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26 Ben Franklin Station
Washington, D.C. 20044
Voice: (202) 598-7850
Fax: (202) 514-9440
Email: stefan.r.wolfe@usdoj.gov

DAVID A. HUBBERT
  Deputy Assistant Attorney General
DAVID I. PINCUS
  Chief, Court of Federal Claims Section
G. ROBSON STEWART
  Assistant Chief, Court of Federal Claims
  Section

<u>s/G. Robson Stewart</u>
Of Counsel

Attorneys for Defendant