IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-118 T
(Judge Eleni M. Roumel)

CHRISTOPHER M. MCNULTY, et al.,
                      Plaintiffs,

v.

THE UNITED STATES,
                      Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, the parties hereby stipulate and agree that plaintiffs' complaint be dismissed with prejudice with each party to bear its own costs, attorneys' fees, and other expenses of litigation.

(Signatures on subsequent page)

1

Respectfully submitted,

June 20, 2023

_____
CHRISTOPHER M. MCNULTY
3033 N. Dickerson St.
Arlington, VA 22207


_____
NATHALIE A. MCNULTY
3033 N. Dickerson St.
Arlington, VA 22207

s/ Stefan R. Wolfe
_____
STEFAN R. WOLFE
Attorney of Record
U.S. Department of Justice
Tax Division,
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
Voice: 202-598-7850
Stefan.R.Wolfe@usdoj.gov

DAVID A. HUBBERT
  Deputy Assistant Attorney General
DAVID I. PINCUS
  Chief, Court of Federal Claims Section
G. ROBSON STEWART
  Assistant Chief, Court of Federal Claims Section

s/ G. Robson Stewart
_____
Of Counsel
Attorneys for Defendant